MARGARET MURNANE, Respondent, *v.* LEWIS W. PEARSON, Appellant.

*Murnane* v. *Pearson*, 172 App. Div. 925, affirmed.
(Argued October 29, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action for malpractice. The complaint alleged that plaintiff employed defendant, a physician and surgeon, to perform an operation upon her and that during the operation, at the defendant's direction, gauze was inserted by an attending nurse in the hospital in plaintiff's rectum, and was permitted to remain there, and because of the presence of this gauze in the large bowel the plaintiff was injured. Defendant contended that the negligence was that of the nurse for which he was not responsible.

*James Taylor Lewis* for appellant.
*W. Harry Sefton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Absent: ANDREWS, J.